E. T. JONES, plaintiff in error, vs. F. A. BILLINGSLEA, defend-
ant in error.

E. T. JONES, plaintiff in error, vs. JOHN M. CUTLIFF, defendant
in error.

Persons detailed or exempted from service in the Confederate army, as agriculturalists,
under the tenth section of the act of 17th February 1864, entitled, "An act to organize
forces to serve during the war," are liable, pending such exemption, to active service
in the militia, upon the call of the Governor of Georgia.

Decisions on *Habeas Corpus*, by Judge RICHARD H. CLARK.
At Chambers. October 1864.

By consent of counsel, these two cases, returned to the
last term at Milledgeville, were transferred for hearing to
the present term at Macon. They were here consolidated
and decided together.

The defendants in error were members of a military com-
pany then in service, and were absent from their com-
mand on furloughs which had expired. For this cause, they
were held under arrest by the plaintiff in error, who was an
officer of the militia, and who·had arrested them in compli-
ance with a special order from His Excellency the Governor.
They each sued out a writ of *habeas corpus* to be discharged
from the arrest, and urged as the ground for discharge, that
they were conscripts between the ages of 18 and 45 years,
that they were, during the summer of 1864, exempted from
Confederate service, each as the manager of his own farm,
upon which there were over fifteen able-bodied hands, that
the exemption was for twelve months, still unexpired, and
that each was, and had been during the whole time, sole
manager of his farm.

Upon these facts, Judge Clark, at the hearing, ordered
their discharge ; and this is assigned as error.

The cases were submitted to the Court without argument.

*By the Court.*—JENKINS, J. delivering the opinion.

These cases are within the ruling of this Court in the cases of *Barber vs. Irwin, Jones vs. Mercer, etc.*, determined at the late Milledgeville term. For the reasons assigned in those cases, the judgment of the Court below is reversed, and the defendants in error held liable to the militia service, upon a regular call of the Governor of Georgia.